UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| WILLIAM J. BASILE, | * | CASE NO. 11-66383 - PWB |
| | * | |
|   Debtor. | * | |
| _____ | _____ | |
| | * | |
| WILLIAM J. BASILE, | * | |
| | * | |
|   Movant, | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| | * | |
|   Respondent. | * | |

**MOTION TO DETERMINE STATUS OF WHOLLY UNSECURED JUNIOR SECURITY INTEREST AND/OR LIEN ON REAL PROPERTY AND RELEASE UNDERLYING LIEN**

COMES NOW William J. Basile, debtor herein, and files this Motion to Determine Status of Wholly Unsecured Junior Lien on Real Property and Release Underlying Lien and shows:

JURISDICTION

1.

Movant filed for relief under Chapter 13 of the Bankruptcy Code on June 4, 2011. Jurisdiction is appropriate pursuant to 28 U.S.C. § 1334 and LR 83.7A NDGA. Venue is appropriate pursuant to 28 U.S.C. § 1409. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A) and (B).

2.

This motion is brought pursuant to 11 U.S.C. § 506(a) and (d); F.R.B.P. 3012 and 9014.

3.

Respondent Wells Fargo Bank, N. A. may be served by certified mail to its Chief Executive Officer as follows:

>Wells Fargo Bank, NA
>ATTN: John Stumpf, CEO
>420 Montgomery Street
>San Francisco, CA 94163

RELEVANT FACTS

4.

Debtor filed a voluntary petition under Chapter 13, initiating the instant case on June 4, 2011. Debtor's Meeting of Creditors is scheduled for July 8, 2011; the confirmation hearing is scheduled for August 10, 2011; the deadline for filing non-governmental proofs of claim is October 6, 2011.

5.

Debtor lives in his primary residence located at 1720 Millside Terrace, Dacula, Georgia 30019, (hereinafter "Residence"). Debtor's Schedule A reflects ownership of the Residence, and lists the fair market value of the Residence as $290,000.00, which fair market is supported by the report attached hereto as Exhibit "A".

6.

Wells Fargo Home Mortgage holds the first priority deed to secure debt on the Residence in the amount of $337,281.00. Wells Fargo Home Mortgage has not filed a Proof of Claim.

7.

Respondent Wells Fargo Bank, N.A. holds a second priority deed to secure debt on the Residence in the amount of $76,688.00. Respondent has not filed a Proof of Claim.

8.

Respondent's claim is not secured by any other property of Debtor or Debtor's bankruptcy estate.

9.

Based upon the valuations attached hereto, the amount of the first priority deed to secure debt exceeds the value of the Residence.  Thus, Respondent's second priority deed to secure debt is wholly unsecured, subject to a "lien strip" and should be deemed wholly unsecured, pursuant to 11 U.S.C. § 506(d).

WHEREFORE, debtor requests the Court:

(a)  Declare Respondent's second priority deed to secure debt void;

(b)  Declare Respondent's claim to be wholly unsecured;

(c)  Order Respondent to release its lien upon entry of Debtor's discharge in this case; and

(d)  Grant any other relief as is just and proper.

This 22nd day of June, 2011.

    /s/ Angelyn M. Wright
Angelyn M. Wright
Attorney for Debtor/Movant
State Bar No. 777662

The Wright Law Alliance, P.C.
160 Clairemont Ave. Suite 200
P.O. Box 2890
Decatur, GA 30031-2890
(404) 373-9933

# Exhibit "A"

 | Sign In

Home Values | City Info | Find Foreclosures | Mortgage Rates

## 1720 Millside Ter Dacula, GA 30019



**$268,275**    **$289,600**

5 Bed | 4.00 Bath | 3848 Sq Ft | 0.37 Acres

Get Refinance Quote | View More Details

**What's my house worth?**
Find your home's value instantly. Free service. Get estimates now.

**Memphis Cash Flow Deals**
Memphis Investment Real Estate High Cash Flow, High ROI

AdChoices

### Refinance Rates for 6/22/11

$150,000    Update Loan Amount

| Company | Loan Type | APR | Est. Pmt. | |
|---|---|---|---|---|
| CapWest mortgage | 30 Yr. Fixed | 4.61% | $749 | GO |
| | 5/1 Yr. ARM | 2.96% | $612 | |
| Quicken Loans | 30 Yr. Fixed | 4.64% | $749 | GO |
| | 5/1 Yr. ARM | 3.15% | $632 | |
| AmeriSave | 30 Yr. Fixed | 4.53% | $738 | GO |
| | 15 Yr. Fixed | 3.68% | $1,054 | |

Refinance rates provided by HSH.com  disclaimer

**1720 MILLSIDE TER**
**12**

### Compare Mortgage Rates

| | Loan Product | Rate | APR | Est. Pmt. | |
|---|---|---|---|---|---|
| Quicken Loans | 30 Yr. Fixed | 4.375% | 4.599% | $1,339 | Learn More |
| | 5/1 Yr. ARM | 2.990% | 3.116% | $1,130 | |
| | 15 Yr. Fixed | 3.750% | 4.024% | $1,951 | |
| Updated 6/21/2011 | Additional Loan Products | | | | Call Now |
| AmeriSave | 30 Yr. Fixed | 4.250% | 4.469% | $1,320 | Learn More |
| | 15 Yr. Fixed | 3.250% | 3.588% | $1,885 | |
| Updated 6/21/2011 | Additional Loan Products | | | | Call Now |
| Integrity Home Loan | 30 Yr. Fixed | 4.250% | 4.421% | $1,320 | Learn More |
| | 5/1 Yr. ARM | 2.750% | 2.906% | $1,095 | |
| | 15 Yr. Fixed | 3.375% | 3.669% | $1,901 | |
| Updated 6/20/2011 | Additional Loan Products | | | | Call Now |
| ING Direct | 5/1 Yr. ARM | 3.125% | 3.269% | $1,149 | Learn More |
| | 7/1 Yr. ARM | 3.625% | 3.491% | $1,223 | |
| Updated 6/20/2011 | Additional Loan Products | | | | Call Now |

The rates were submitted by each individual lender/broker on the date indicated. Rate/APR terms offered by advertisers may differ from those listed above based on the creditworthiness of the borrower and other differences between an individual loan and the loan criteria used for the HSH.com quotes. More Info.. These quotes are from banks, thrifts and brokers who have paid for a link to their website in the listings above and you can find additional information about their loan programs on their websites.

### Dacula, GA Home Values

**Home Value Trending**    What's This



● Local    ● State    ● National

**Home Data (as of April)**

| **Median Sales Price:** | $137,000 0% (from last month) |
|---|---|
| **Number of Sales:** | 56 |

Dacula Home Values

## Recently Sold Homes

List View    Map View

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|
| 1690 Millside Ter Dacula, GA 30019 | $328,000 | 8/12/2010 | 4/4 | 3769 |
| 2896 High Creek Run Dacula, GA 30019 | $147,000 | 11/12/2010 | 5/3 | 4025 |
| 1345 Lamont Cir Dacula, GA 30019 | $265,000 | 3/24/2011 | 5/4 | 4357 |
| 1340 Lamont Cir Dacula, GA 30019 | $304,900 | 7/28/2010 | 5/4 | 3655 |

### Local Information

- More info about Dacula
- Homes for Sale in Dacula

### Helpful Links

- Get All 3 FREE Credit Scores
- Home Values Trends and Statistics
- Local Demographic Statistics
- Need Assistance Moving?
- Find Local Foreclosures
- Local Job Opportunities
- Rentals in the Area
- LendingTree Refinance Loans

[1480 Mill Place Dr](#)  $320,000   3/8/2011   #59
Dacula, GA 30019

**Recent Sales**

## Dacula Real Estate Professionals

**Home Inspector**
**Benjamin Ivey**
(770) 316-6204

[Dacula Home Inspectors](#)

**Mortgage Broker**
**Kecia Love**
(678) 349-2121
**Cell Phone:** (678) 404-1454

[Dacula Mortgage Brokers](#)

**Real Estate Agent**
**Wayne Chappel**
(404) 843-2500
**Cell Phone:** (678) 441-5692

[Dacula Real Estate Agents](#)

### Contact a local Real Estate Agent
**Wayne Chappel**
Better Homes and Gardens Real Estate Metro Brokers
3330 Satellite Blvd Ste 1
Duluth, GA 30096

**(404) 843-2500**
**Visit My Website**



Contact Me
(requires registration)

Areas of Expertise: Foreclosure & Short Sales Premier Selection & Luxury Home Sales New Construction Home Sales Relocation Specialist Sellers Representation Buyers Representation New Homes Sales First Time Home Buyers Investment Property

**Become a local pro**

---

**1480 Mill Place Dr** — Use Desc 1
Find your home's value instantly. Free service. Get estimates now.
FindHomesValue.com

**Military Home Loans**
Veterans & Active Duty- Buy the Home You Want! $0 Down, Apply Today
www.VAMortgageCenter.com

**Memphis Cash Flow Deals**
Memphis Investment Real Estate High Cash Flow, High ROI
MemphisInvestmentDeals.com

AdChoices ▷

### Find out all the property facts!
**Get a detailed property history report**
Each report checks for:

✓ Neighborhood Info
✓ Subject Property
✓ Market Trends
✓ Similar Recent Sales

**Instant Detailed Analysis**

---

1720 Millside Ter is in the 30019 ZIP code in Dacula, GA. 1720 Millside Ter has approximately 3848 square feet. 1720 Millside Ter has 5 bedrooms and 4.00 bathrooms. 1720 Millside Ter was last sold on 3/9/2001. The estimated population in Dacula, GA is 16,085, and 85.6% of the population have children living in the home. The median age in Dacula, GA is 34 years old, and the median income is $0.

**Nearby Cities Real Estate**
- Auburn, GA Real Estate
- Buford, GA Real Estate
- Lawrenceville, GA Real Estate
- Grayson, GA Real Estate
- Bethlehem, GA Real Estate

**Dacula Real Estate Professionals**
- Dacula, GA Real Estate Agents
- Dacula, GA Home Inspectors
- Dacula, GA Home Appraisers

**Other Dacula Resources**
- Dacula Home Values
- Dacula Demographics
- Dacula Recent Home Sales
- Dacula Homes for Sales

This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of information. It is presented on an 'as is, as available' basis. This site makes no warranties, expressed or implied without limitation, to the information provided, nor is responsible for any errors or omissions. This valuation is NOT an appraisal. User acknowledges that this product is a technology report, a product of an automated valuation technology analysis. This information is compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and analysis.

Zillow, Inc., 2008. Use is subject to Terms of Use, What's a Zestimate?

Copyright © 2011 eppraisal.com. all rights reserved.

Home Values | About us | Contact us | Help | Blog | Real Estate Widgets | API | Professional Real Estate Directory | Find a Pro

CERTIFICATE OF SERVICE

      This is to certify that I am over the age of 18 years and that on June 22, 2011, I caused to be served a copy of the within and foregoing ***Motion to Determine Status of Wholly Unsecured Junior Security Interest and/or Lien on Real Property and Release Underlying Lien*** on the parties listed below by placing same in a properly addressed envelope with adequate postage affixed thereto and depositing in the United States Mail addressed as follows:

      Wells Fargo Bank, NA
      HEQ Credit Bureau
      P.O. Box 31557
      Billings, MT 59107-1557

      Wells Fargo Home Mortgage
      P.O. Box 10335
      Des Moines, IA 50306-0335

      Wells Fargo Bank, NA
      c/o Shapiro & Swertfeger, LLP
      2872 Woodcock Boulevard, Suite 100
      Atlanta, GA 30341-3941

      Wells Fargo Bank, NA
      c/o Corporation Service Company, Reg'd Agent
      40 Technology Pkwy. South, Ste. 300
      Norcross, GA 30092

      Wells Fargo Home Mortgage
      c/o Corporation Service Company, Reg'd Agent
      40 Technology Pkwy. South, Ste. 300
      Norcross, GA 30092

      Mary Ida Townson
      Chapter 13 Trustee
      Suite 2700 Equitable Bldg.
      100 Peachtree Street, NW
      Atlanta, GA 30303

      William J. Basile
      1720 Millside Terrace
      Dacula, GA 30019

And have served the following by certified mail:

        Wells Fargo Bank, NA
        ATTN: John Stumpf, CEO
        420 Montgomery Street
        San Francisco, CA 94163

This 22nd day of June, 2011.

        /s/ Angelyn M. Wright

160 Clairemont Avenue, Ste 200
P.O. Box 2890
Decatur, GA 30331-2890
(404) 373-9933